ARTEMAS H. HOLMES, Appellant, *v.* THE NORTHERN PACIFIC RAILWAY COMPANY, Respondent.

*Holmes* v. *Northern Pacific Ry. Co.*, 71 App. Div. 618, affirmed.
(Submitted May 7, 1903; decided May 22, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 6, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*William B. Hornblower* and *Artemas H. Holmes* for appellant.

*Francis Lynde Stetson, William J. Curtis* and *Francis D. Pollak* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

MARTIN DISKEN, Respondent, *v.* MARIA ANNA HERTER, Appellant.

*Disken* v. *Herter*, 73 App. Div. 453, affirmed.
(Argued May 8, 1903; decided May 22, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Henry W. Eaton* and *Frank M. Avery* for appellant.

*Percival S. Menken* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.